**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JESSICA WEST, for A.R.** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-2801** |
| **v.** : | **(MANNION, D.J.)** |
| **CAROLYN W. COLVIN,** : | |
| **Defendants** : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of the Judge Mehalchick, (Doc. 16), is **ADOPTED** in its entirety, and the final decision of the Commissioner is **AFFIRMED**;

(2) the Clerk of Court is directed to **CLOSE THE INSTANT ACTION.**


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 9, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2801-02-order.wpd